Todd E. Kennedy, Esq.
Nevada Bar No. 6014
Martin A. Little, Esq.
Nevada Bar No. 7067
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: tek@h2law.com
Email: mal@h2law.com
Email: jwf@h2law.com

Anthony Boccamazzo, Esq.
Will comply with LR IA 11-2 within 14 days
OLSHAN FROME WOLOSKY, LLP
1325 Avenue of the Americas
New York, New York, 10019
Telephone (212)-451-2300
Email: aboccamazzo@olshanlaw.com

*Attorneys for Defendants*
*RiskOn International, Inc., Ecoark, Inc., and Hyperscale Data, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAMS SIMONS & LANDIS PC, a Texas Professional Corporation; FRED I. WILLIAMS, ESQ., an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ZEST LABS HOLDINGS, LLC, a Nevada limited liability company; GARY METZGER, an individual; RISKON INTERNATIONAL, INC., f/k/a/ BITNILE METAVERSE, INC., and/or ECOARK HOLDINGS, INC., a Nevada corporation ECOARK, INC., a Delaware corporation; and HYPERSCALE DATA INC., a Delaware corporation, <br><br> Defendants. | Case No. 2:26-cv-00577-MMD-EJY <br><br> **STIPULATION AND ORDER SETTING SINGLE DATE FOR DEFENDANTS RISKON INTERNTIONAL, INC., ECOARK, INC., AND HYPERSCALE DATA INC. TO RESPOND TO THE COMPLAINT** <br><br> (First Request) |

Plaintiffs Williams Simons & Landis P.C. and Fred I. Williams (together, "Plaintiffs") on the one hand, and Defendants RiskOn International, Inc. ("RiskOn"), Ecoark Inc. ("Ecoark"), and Hyperscale Data, Inc. ("Hyperscale") (collectively, the "RiskOn Parties"), on the other hand, hereby agree and stipulate as follows:

- 1 -

4917-5006-5822, v. 1

HOWARD & HOWARD ATTORNEYS PLLC

1.    The Complaint in this action was filed on March 2, 2026. (ECF No. 1.) RiskOnwas served with the Summons and Complaint on March 16, 2026. (ECF No. 20.) Their response to the Complaint is due April 6, 2026. Hyperscale was served with the Summons and Complaint on March 17, 2026. (ECF No. 28.) Its response to the Complaint is due April 7, 2026. Ecoark was served on March 23, 2026. (ECF No. 34). Its response is due April 13, 2026.

2.    To secure the just, speedy, and inexpensive determination of this action, and to accommodate the Easter holiday, Plaintiffs and the RiskOn Parties agree that each of the RiskOn Parties shall have until April 10, 2026 to file and serve their response to the Complaint.

**IT IS SO AGREED AND STIPULATED:**

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Jonathan W. Fountain
Todd E. Kennedy, Esq.
Nevada Bar No. 6014
Martin A. Little, Esq.
Nevada Bar No. 7067
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Email: tek@h2law.com
Email: mal@h2law.com
Email: jwf@h2law.com

OLSHAN FROME WOLOSKY, LLP
Anthony Boccamazzo, Esq.
Will comply with LR IA 11-2 within 14 days
1325 Avenue of the Americas
New York, New York, 10019
Telephone (212)-451-2300
Email: aboccamazzo@olshanlaw.com

*Attorneys for Defendants*
*RiskOn International, Inc., Ecoark, Inc., and*
*Hyperscale Data, Inc.*

BREWER, ATTORNEYS & COUNSELORS

By: /s/ Joshua H. Harris
Joshua H. Harris, Esq. (Admitted PHV)
Jordan B.V. Smith, Esq. (Admitted PHV)
Amir I. Saada, Esq. (Admitted PHV)
1717 Main Street, Suite 5900
Dallas, TX 75201
Telephone: (214) 653-1015
Email: jkh@brewerattorneys.com
Email: jks@brewerattorneys.com
Email: ais@brewerattorneys.com

KAEMPHER CROWELL
Louis M. Bubala, Esq.
Nevada Bar No. 8974
Kristopher J. Kalkowski, Esq.
Nevada Bar No. 14892
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
Telephone (702) 792-9000
Email: lbubala@kcnvlaw.com
Email: kkalkowski@kcnvlaw.com

*Attorneys for Plaintiffs*
*Williams Simons & Landis, P.C. and*
*Fred I. Williams, Esq.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   April 6, 2026

- 2 -

HOWARD **&** HOWARD ATTORNEYS PLLC