KAEMPFER CROWELL
Louis M. Bubala III, NSB No. 8974
50 W. Liberty Street, Ste. 1100
Reno, NV 89501
Telephone: (775) 852-3900
Fax: (775) 327-2011
Email: lbubala@kcnvlaw.com

KAEMPFER CROWELL
Kristopher J. Kalkowski, NSB No. 14892
1980 Festival Plaza Dr., Ste. 650
Las Vegas, NV 89135
Telephone: (702) 792-9000
Fax: (702) 796-7181
Email: kkalkowski@kcnvlaw.com

BREWER, ATTORNEYS & COUNSELORS
Joshua H. Harris, *Admitted Pro Hac Vice*
Jordon B.V. Smith, *Admitted Pro Hac Vice*
Amir I. Saada, *Admitted Pro Hac Vice*
1717 Main St., Ste. 5900
Dallas, TX 75201
Telephone: (214) 653-1015
Fax: (214) 653-1015
Email: jkh@brewerattorneys.com
Email: jks@brewerattorneys.com
Email: ais@brewerattorneys.com

*Attorneys for Plaintiffs*
*Williams Simons & Landis PC and*
*Fred I. Williams*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAMS SIMONS & LANDIS PC, a Texas Professional Corporation, FRED I. WILLIAMS, ESQ., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ZEST LABS HOLDINGS, LLC, a Nevada limited liability company; and GARY METZGER, an individual; RISKON INTERNATIONAL, INC., f/k/a BITNILE METAVERSE, INC., and/or ECOARK HOLDINGS, INC., a Nevada Corporation; ECOARK, INC., a Delaware corporation; and HYPERSCALE DATA INC., a Delaware corporation,<br><br>Defendants. | Case No.  26-cv-00577-MMD-EJY<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS FILED BY ZEST HOLDINGS, LLC** |

KAEMPFER
CROWELL

Plaintiffs Williams Simons & Landis, PC and Fred I. Williams and Defendant Zest Labs Holdings LLC ("Zest") stipulate as follows:

1.    Zest moved to dismiss the complaint on April 7, 2026 (Dkt. 42), and Defendants Ecoark, Inc., Hyperscale Data, Inc., and Riskon International, Inc., moved to dismiss on April 10, 2026 (Dkt. 48).

2.    Plaintiff's response to Zest is due April 21, 2026, and its response to the Ecoark defendants is due April 24, 2026.

3.    Plaintiff has requested, and Zest has agreed subject to the court's approval, to extend the deadline to respond to its motion by three days to April 24, 2026, such that Plaintiff can file a consolidated opposition to both motions.

4.    Good cause exists for the extension because the motions rely on the same or similar grounds for dismissal, and the filing of a consolidated opposition will conserve judicial and party resources.

5.    This extension will not delay or interfere with the prosecution of this case because of the limited request at the start of this case.

DATED April 20, 2026                          DATED April 20, 2026

| **GARMAN TURNER GORDON LLP** | **KAEMPFER CROWELL** |
|---|---|
| */s/ Dylan Ciciliano* | By: */s/ Louis M. Bubala III* |
| Dylan Ciciliano | Louis M. Bubala III |
| *Counsel for Defendant* | *Attorneys for Plaintiffs* |
| *Zest Labs Holdings, LLC* | *Williams Simons & Landis PC and Fred I. Williams* |

**IT IS SO ORDERED**

U.S. Magistrate Judge

DATED the 20th of April 2026